■ ROGER SCHMIDT et al., Appellants, v. BARMARC STEEL CORP. et al., Respondents and Third-Party Plaintiffs. THOM G ROME, Third-Party Defend-

ant.— On the call of the calendar, appeal dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated July 11, 1962, requiring them to perfect their appeal for the October 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.